IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST R. GRANDBERRY,

     Petitioner,                  No. CIV S-06-0628 MCE GGH P

     vs.

R. CASTRO, et al.,

     Respondents.         <u>ORDER</u>

_____/

     Respondents have requested an extension of time to file a late reply to petitioner's opposition to respondents motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Respondents' July 13, 2006 request for an extension of time is granted; and

     2. Respondents' reply to petitioner's opposition is deemed timely filed.

DATED: 7/25/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
gran0628.111