IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST R. GRANDBERRY,                   No. 2:06-cv-0628-MCE-GGH-P

      Plaintiff,

  v.                                    ORDER

R. CASTRO, et al.,

      Defendants.
_____/

    On August 3, 2006, Plaintiff filed objections to the order filed July 25, 2006, granting Respondent's Request for Extension of Time. The Court construes Plaintiff's objections as a request for reconsideration.

    Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
2 the order of the magistrate judge filed July 25, 2006, is
3 affirmed.
4 DATED: August 14, 2006

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```

2