IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST R. GRANDBERRY,

      Petitioner,                    No. CIV S-06-0628 MCE GGH P

   vs.

R. CASTRO, et al.,

      Respondents.            <u>ORDER</u>

_____/

        On January 16, 2007, the court granted respondent's motion to dismiss and judgment was entered. Petitioner had thirty days from entry of judgment to file his notice of appeal and request for certificate of appealability. Rule 4(a), Federal Rules of Appellate Procedure.

        On February 2, 2007, petitioner filed a request for a thirty day extension of time to file a notice of appeal. Good cause having been shown, petitioner's request is granted. Rule 4(a)(5).

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 2, 2007, request for extension of time is granted;

/////

/////

1

2. Petitioner's notice of appeal and request for certificate of appealability are due within thirty days of the date of this order.

DATED: 2/15/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

grand628.eot