IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST R. GRANDBERRY,

    Petitioner,                   No. CIV S-06-0628 MCE GGH P

    vs.

R. CASTRO, et al.,

    Respondents.               ORDER

_____/

       On January 16, 2007, the court granted respondent's motion to dismiss and judgment was entered. On February 2, 2007, petitioner filed a request for an extension of time to file a notice of appeal. On February 15, 2007, the court granted this request and ordered petitioner's notice of appeal and request for certificate of appealability due within thirty days.

       On March 12, 2007, petitioner filed his second request for extension of time to file a notice of appeal. Good cause appearing, this request is granted. No additional requests will be granted but for a showing of substantial cause.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's March 12, 2007, request for extension of time is granted;

/////

/////

1

2. Petitioner's notice of appeal and request for certificate of appealability are due within thirty days of the date of this order.

DATED: 4/4/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

grand628.eot(2)